THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINA BILLINGS,

    Plaintiff,

v.

MARTIN O'MALLEY,[1]
Commissioner of Social Security,

    Defendant.

: CIVIL ACTION NO. 3:22-CV-1923
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 21ST DAY OF FEBRUARY 2024, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 13), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Commissioner of Social Security and against Plaintiff Christina Billings.

4. The Clerk of Court is directed to **CLOSE** this case.

                                      Robert D. Mariani
                                      United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit.